KTC:CK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

3:06-MC-00011-JWS

UNITED STATES OF AMERICA

    -against-

EHSANUL ISLAM SADEQUEE,

    Defendant.

U N S E A L I N G
O R D E R

06 M 335

- - - - - - - - - - - - - - - - - -X

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Colleen Kavanagh, who advises the Court that a warrant authorizing the arrest of EHSANUL ISLAM SADEQUEE has been executed,

IT IS HEREBY ORDERED that the complaint and arrest warrant in the above-referenced matter is unsealed.

Dated:    Brooklyn, New York
           April 20, 2006

**REDACTED SIGNATURE**

HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK