W (Rev. EDNY 1996) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

EHSANUL ISLAM SADEQUEE,

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER:

M-06- 335

3:06-MC-00011-JWS

TO: The United States Marshal
Special Agent Michael Scherck, FBI
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EHSANUL ISLAM SADEQUEE,__
Name
and bring her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully making a materially false, fictitious and fraudulent statement and misrepresentation,

in violation of Title __18__ United States Code, Section(s) __1001(a)(2)__

Hon. Joan M. Azrack
Name of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

**REDACTED SIGNATURE**
Signature of Issuing Officer

Brooklyn, New York
Date and Location

Bail fixed at $ _____ By __UNITED STATES MAGISTRATE JUDGE__

|  | RETURN |  |
|---|---|---|
| This warrant was received and executed with the arrest of the above name defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AW (Rev.EDNY 1996) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

_____

ALIAS: _____

_____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____