MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>EHSANUL ISLAM SADEQUEE</u>   CASE NO. <u>3:06-mc-00011-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:             <u>JOHN W. SEDWICK</u>

DEPUTY CLERK/RECORDER:            <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:           <u>THOMAS BRADLEY</u>

DEFENDANT'S ATTORNEY:             <u>KEVIN MCCOY - APPOINTED</u>

U.S.P.O.:                         <u>PAULA MCCORMICK</u>

PROCEEDINGS: RULE 5 HEARING HELD APRIL 21, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:35 a.m. court convened.

<u>X</u> Defendant advised of general rights, charges, and penalties.

<u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Defendant waived identity hearing.

<u>X</u> Defendant detained.

<u>X</u> Commitment to Another District **FILED.**

At 10:46 a.m. court adjourned.

NOTE: Original and one copy of Commitment to Another District hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

DATE:     <u>April 21, 2006</u>       DEPUTY CLERK'S INITIALS:   <u>ak</u>