AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

RECEIVED
MAY 0 2 2006
U.S. DISTRICT COURT
ANCHORAGE ALASKA

Ehsanul Islam Sadequee

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest ~~Initial Appearance~~ Alaska | District of Offense E.D. New York | District of Arrest 3:06-mc-00011-JWS | District of Offense M-06-335 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of  18  U.S.C. § 1001(a)(2)

**DISTRICT OF OFFENSE**

**DESCRIPTION OF CHARGES:** Knowingly and willfully make a Material false statement within jurisdiction of executive branch of United States

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

**DISTRICT OF**
TO: ~~THE UNITED STATES MARSHAL~~ Federal Bureau of Investigation

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

4-21-06
Date

— REDACTED SIGNATURE —

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED 4/21/2006 | PLACE OF COMMITMENT E/NY | DATE DEFENDANT COMMITTED 4/21/2006 |
| DATE 4/21/2006 | ~~UNITED STATES MARSHAL~~ S/A MARK GIULIANO, FBI ASAC | (BY) DEPUTY MARSHAL by SDUSM, USMS |